IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRISTOF DUDAS, derivatively on behalf of SunPower Corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 24-105-RGA |
| PETER FARICY, et al., | : : | |
| Defendants. | : : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on February 16, 2024, due to related litigation pending before the United States District Court for the Northern District of California (D.I. 8);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation before the United States District Court for the Northern District of California has been resolved so that this case may be reopened and other appropriate action may be taken.

February 16, 2024
DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE